JAMES B. IRWIN *v.* DENIS J. O'CONNOR and another. — Judgment modified as to defendant Annie A. O'Connor by directing a dismissal of the complaint in her favor, without costs, and the final judgment as to Denis J. O'Connor reversed and the case referred to another referee to take proof and make the computation required under the contract of the parties; no costs to either party. Opinion by DANIELS, J.

LEWIS J. PHILLIPS and others, *Executors, etc., Respondents, v.* MARIA DAVIES, *Appellant, Impleaded, etc.* — Judgment affirmed. Opinion by DANIELS J.

MARIA DAVIES, *Appellant, v.* DAVID DAVIES and others, *Respondents.* — Judgment affirmed. Opinion by DANIELS, J.